OPINION — AG — ** HOMESTEAD EXEMPTION — QUALIFICATION — HEAD OF FAMILY ** QUESTION: IS IT NECESSARY FOR THE OWNER OF REAL PROPERTY TO BE THE " HEAD OF A FAMILY " IN ORDER TO BE ENTITLED TO CLAIM OF THE $1000 HOMESTEAD EXEMPTION ? — NEGATIVE (MARTIAL STATUS, RESIDENCE, OWNERSHIP, CLAIM) CITE: 68 O.S. 43 [68-43], 68 O.S. 34 [68-34], 68 O.S. 33 [68-33] (JAMES C. HARKIN)